**ER** IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
         v.                       :     CRIMINAL NO. 07-737-3
                                  :
DARRYLE DUNBAR                    :
   a/k/a "DJ"                     :
   a/k/a "Mark Cross"             :

### ORDER FOR BENCH WARRANT

AND NOW, this 28 day of November, 2007, on motion of Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE M. FAITH ANGELL
*United States Magistrate Judge*



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. |
| DARRYLE DUNBAR<br>a/k/a "DJ"<br>a/k/a "Mark Cross" | : | |

## MOTION FOR BENCH WARRANT

AND NOW, this 28 day of November, 2007, Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Salvatore L. Astolfi, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney

SALVATORE L. ASTOLFI
Assistant United States Attorney